Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Nashville Division

RECEIVED
in Clerk's Office

SEP 15 2021

U.S. District Court
Middle District of TN

Nicol Jackson

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Kingdon Hall of Jehovah Witnesses

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nicol Jackson |
   | Street Address | 809 S Kedvale |
   | City and County | Chicago, Cook |
   | State and Zip Code | IL. 60624 |
   | Telephone Number | 773-850-4587 |
   | E-mail Address | Msnicoltjackson@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Kigdom Hall of Jehovah Witness |
| Job or Title *(if known)* | Headquarters |
| Street Address | 900 Red Mill RD |
| City and County | WallKill , |
| State and Zip Code | New York, 12589-3223 |
| Telephone Number | 18457446000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Kingdom Hall of Jehovah Witnesses |
| Job or Title *(if known)* | Headquarters |
| Street Address | 1 King Drive |
| City and County | Tuxedo Park, |
| State and Zip Code | New York, 10987 |
| Telephone Number | 18455243000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Watchtower and Tract Society of Pennsylvania |
| Job or Title *(if known)* | HeadQuarters |
| Street Address | 25 Colunmbia Heights |
| City and County | Brooklyn, |
| State and Zip Code | New York, 11201 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Kingdom Hall of jehovah Witnessesm Paris Tennessee |
| Job or Title *(if known)* | ELDERS: Riddick, Manns, Abindante, Garcia and Lamoureaux |
| Street Address | 1915 Lone Oak Road |
| City and County | Paris, Henry |
| State and Zip Code | Tennessee 38242 |
| Telephone Number | 731- 644-0167 |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* Nicol Jackson , is a citizen of the State of *(name)* Illinois .

2. If the plaintiff is a corporation
   The plaintiff, *(name)* NA , is incorporated under the laws of the State of *(name)* NA , and has its principal place of business in the State of *(name)* NA .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* NA , is a citizen of the State of *(name)* NA . Or is a citizen of *(foreign nation)* NA .

2. If the defendant is a corporation
   The defendant, *(name)* Watch Tower and Tract Society (Pennsyvania) , is incorporated under the laws of the State of *(name)* Pennsylvania , and has its principal place of business in the State of *(name)* New York . Or is incorporated under the laws of *(foreign nation)* NA , and has its principal place of business in *(name)* NA .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

I am due a lifetime of relief as the Jehovah Witnesses allowed and excuted their protocol for sexual assault at my expense for years, as neglience, to keep my assault confidential amoungst the Jehovah Witnesses of Paris and the Governing Body of jehovah Witnesses, as a minor and even after i was an adult.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 03/01/1979 , at *(place)* at 416 Powell street and field service and the kingdom hall ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
He sexually assaulted me from 1979 maybe....to 1984. 1985-1988, they Jehovah witnesses were aware that Clarence Teague had a propensity to "Like" kids. he admitted to fondling, pentrating (orally) or photos in 1985. His name should be on the Child Molester or sexual abuse report of 1997.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
not calling the police and or investigating all the "half" claims he was making. They allowed him to stay a jehovah Witness without question, they allowed a serial rapist sexual assault serial rapist to remain in the congregation even after he admitted to trying to rape me in 1992.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
i am asking for 2,000,000$ in relief. I am asking for questions to be aswered by all memebers who stoo din judgement and did not call the aythorites for me in 1985 or 1992. i want to know what he could have told any of them to allow him free passage to walk this earth with no consequences for sexaully assaulting a minor for years. Then i would Like 2,000,000$ as this has impacted my life beyond belief. I suffer from PTSD, it has always effected all my relationships and probably will for the rest of my life. I still have insomia and as i stated beforeI am alledging that the Elders from New York and tennesee deliberately proceeded to act consciuosly and intentionally disregarding the high probility of injury and proceeded to act with indifference to the probability of me being assaulted again and again and again. Foloowing Jehovah Witness protocol caused me intentional infliction of pain for years , mental anquish and PTSD.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/06/2021

Signature of Plaintiff  *[signature]*

Printed Name of Plaintiff   Nicol Jackson

### B.  For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

August 5th, 2021

FROM: Nicol Jackson
      809 S. Kedvale, Bsmt
      Chicago, Illinois 60624
      msnicoltjackson@gmail.com
      773-850-4587

ATTN:  Watchtower Bible and Tract Society of New York ("Watchtower NY")
      Legal
      1 Kings Drive
      Tuxedo Park, NY 10987

ATTN: %: The Kingdom Hall of Jehovah . Witnesses, ELDERS
      Pierre Lamarareaux, Russell Riddick, Phillip Manns, Brother's Abondante and Brother Garcia? (Lone Oak Road)
      1915 Lone Oak Road
      Paris, TN 38242

DEMAND FOR COMPENSATION, PAIN AND SUFFERING, PTSD, EMOTIONAL DISTRESS

I am sending this demand as a way to recover damages from allegations contained herein. To date I suffer from PTSD, I am alleging I suffer not only from the abuse Itself but the subsequent cover up from 1985, I am a sexual assault survivor (1979-1992) by the hands of a JW Elder, Clarence Teague and the Paris Tn JW, Elders.

**I am requesting punitive damages In an amount consistent with the allegations contained herein.**

I am alleging that Elder Clarence Teague (Pedophile) reported these sexual assaults to the local Elders, rather than reporting such conduct to law enforcement. I am alleging that The Paris TN Kingdom hall of Jehovah witnesses controls how allegations of sexual abuse committed by members are handled. I am alleging that because the kingdom of Jehovah Witnesses assumed there were no witnesses to the abuse there was no action taken by the Congregation, (I was never contacted even after he confessed the 2nd time). Pursuant to Child Protective Services 23Pa.C.S.A. 6311, The Jehovah Witnesses were mandated to report the Child abuse. I am alleging that In speaking with Pierre Lamareaux, Elder of Paris TN Congregation that my abuse was minimized and punishment was negligible, I was simply told, they didn't see a need to call the police. I am alleging that all these things took place when I was a minor and in 1992.. Because of the Watchtower protocol Elder Clarence Teague (Pedophile) Continued to Sexually abuse me. As a direct and proximate cause of such an intentional act, I suffered damages.

- I am alleging that the Elders of the Paris TV congregation acted with malice due to the JW protocols, deliberately proceeded to act consciously and Intentionally disregarding the high probability of Injury, and proceeded to act with Indifference to the high probability of me being assaulted again and again and again. This neglect has caused Intentional Infliction of pain, mental anguish, and PTSD.

What I believed to be the truth then and now,
Clarence Teague was a pedophile that was a American Citizen and he lived in Paris Tn.
I was a minor from 1979-1989, 1992 was the last time he attempted to rape me...The NY and PA offices were conducting business in Tennessee. New York being the Headquarters of Jehovah Witnesses.During all times the assaults took place in Henry County, McKenzie, Murray, KY ,Greenfield and Nashville and Memphis and the kingdom Hall in Paris Tn 416 Powell Street and out in Field Service. The New York office is the head of the JW's and controls the other local congregations. Everyone who 1st joins is an unbaptized publisher. Last promotion, Elder. The NY office has to approve Elders. They groom them,"feel  them out"  Once an Elder, they belong to the NY and PA office in some type of capacity.  The division that creates the rules and regulations and bible teachings is the NY Office. It is advised to call the NY office when wrongdoing has occurred by Elders rather than law enforcement. The NY office controls all allegations of Sexual abuse, Member have been instructed not to report rape, molestation or assault to law enforcement or child protective services. The NY office does not endorse informing local authorities of child sexual assault but abides by its own pocess for investigation, Records were kept by the NY office, (not for sure of protocol or regulation here, but records for sexual assault should be kept indefinitely).Watch Tower Protoco allows reproof, public reproof or disfellowship. I think they tell the congregation the member is being chastised for reasons that will never be divulged to the congregation. Watchtower protocol allowed Clarence Teague, Elder, Pedophile, to stay a Elder JW. There is tolerance for child sexual abuse, in 1997, a report was requested through the NY Office for Elders to send the names of anyone in a Appointed Position who engaged in sexual abuse to be sent to them. The NY office should have a report of this incident because he reported it to Pierre Lamoareaux and all the other Elders of The Paris TN Congregation. This incident should be in the database, someone should have known to report it in 1985 and 1992 and that means Clarence Teague, Elder, Pedophile should be on that list and or report.

In 1992 I  was there to pick up the Ford Escort. He wanted more pictures and to have sex. He attacked me in the car, he was fine tuning me driving the car to Chicago. He attacked me on a road. I had to pull over to let him straighten then the clutch, when he bent over me he had his pants already undone so when he walked up his penis met my face...he tried to force himself on me BUT he had to masturbate, he was holding my head...i told him if he stuck anything to close to my mouth i was going to bite it off and swallow it...but he ended jaculating "close to my mouth, he had my headband i was still in my seat bett...I left Paris and drove straight back here. We lived at 1732 N Kimball..me my mama, my sisters and me. In 1989 I had my first after the facts sexual relationship and move din with this person. He will attest tot he things and behaviors I had with him...

Clarence Teague was a Deviant Pedophile. He had me do things that I know now, he was not sane. Clarence Teague used to have me babysit Pierre Lamareaux Son, Phillip, so that he could take pictures of my breast while he licked the baby milk off me. He never touched lil Phillip. he just would come to their house after Phillip went to sleep and make me do crazy things. I didn't start babysitting for The Lamoreaux until lil Phillip was maybe 6 months, I was 12-14 years old by then, Phillip was a beautiful red headed baby, but he was a sickly Premmie and Cheryl was a little sickly too….Clarence Teague raped, intimidated, lied, manipulated, and hurt me physically, mentally, psychologically. Never verbal because he always told me "grown stuff" that started when I was 7 or 8 years old. I went to live with Antie and her husband, Clarence Teague in 1979, when I was 8 years old. He started abusing me maybe when we first got there but real soon after. I was 7, my sisters were 2. I was 9, they were 5. I was 12 and they were 7. In i 1983, my sisters were my age. I had to protect them. I had 2 little sisters to protect. I was 14 in 1985, they were 9 years old. If he touched one, someone should have assumed he was abusing all of us.

It, Is very Important you understand that my drInkIng started In 1984., I started drinking Grain 100% Proof alcohol. I suffer from severe PTSD, Anxiety, Guilt, undescribable embarrasement, nightmares, insomnia and i am extremely scared of the dark, (I do not sleep in the dark) this hindered my marriage, my sex life, the way I raised my kids, it IS hindering my present relationship. This has affected my life and will continue to affect my life for the rest of my life.

I must start from the latest events to get you to understand how this demand letter even came about:

I put myself In a treatment center 2020, #1 cause my drInkIng had become unmanageable and I was totally out of control, always have been but I was drInkIng and that was always the way I dealt wIth everythIng. Alcohol made me black out or got me damn near close. It has been my frIend sInce 1984. It was then, I thInk "TIann" started helpIng me get through the shItz. ..I was barely a hIgh schooler. I started smokIng weed at 14...15 maybe. Because I was growIng, developIng; rather, I was gettIng haIr and I was fIllIng out, thIs made shIt worse because Elder Clarence Teague (Pedophile) got obsessed wIth my body and who I mIght sneak and be wIth. So I started gettIng grounded (always stuck In the house for months wIth hIm) I was In the house most of that year and that's when It was dIscussed I would be a young pIoneer and do more hours In fIeld servIce. I'm not sure who came up wIth that but stuff got worse because I was always at home, out In fIeld servIce or at the kIngdom hall, more and more on cleanIng weeks. I thInk It was cleanIng . Because some weeks would be worse at the kIngdom hall than others. There were breaks.
BeIng In thIs treatment center I was able to get a psychIatrIst, a therapIst and or a psychologIst. I decIded to skIp around on the 12 steps cause I felt I needed to make amends In order for me to even begIn to heal and be sIncere and maIntaIn my sobrIety. So I started wrItIng letters to my sIsters, who I apologIzed to for my behavIor ever sInce they can remember. I actually thought all these years that maybe...maybe...BUT I HOPED PRAYED NOT..that he dIdn't touch them. All these years I never spoke to them. I prayed I kept them safe and untouched but I also

thought maybe I went through all that and he still was the sick bitch and maybe he had tricked me and had actually got hold of one of them. All these years I started thinking, maybe they crazy too...maybe they were keeping this sick bitch secret and maybe just maybe he DID get them...so over the years because I never spoke to them about it, I started drinking more...more...more. My little sister used to associate the "clear water by the tree" as water. When he used to tell us we had to sleep in our own rooms Meka would ask me if I was going to drink the water by the tree. She was real nosy then...always everywhere at once, paid attention to everything just couldn't be still. I then wrote my mother a letter and told her I finally forgave her. Because I felt she just abandoned us and never checked on us and I just hated her. We actually got into a fist fight cause I didn't trust her as a mother to chastise me. NO! She sent me to a pedophile and I let her know it all the time. So I wrote my mom and told her I forgave her, I told her I felt she did everything she could when she found out and I loved and forgave her. Its been a few more months now...I am presently still in my sobriety at this moment and my next step to make amends was to take a road trip and make things right with my Aunt and my grandmother. My grandmother, my mama and grandmother were the 1st person I spoke to in 1992. she said she had something to tell me before she said anything and to listen to her, she told me "no matter what happened, my Aunt is her daughter and she is the only hurt at this moment. She is a Jehovah Witness and she will not get divorced. I'm not there, I left it ok, don't make things worse for my Aunt". I asked to speak to my Aunt, cause my grandmother never told me WHY she said that to me. I asked for My Aunt, she told me she was lying down and that she couldn't talk, I asked my Grandmother what SHE was talking about she said...your uncle told me he made a mistake and she was handling it. I asked her handling what? She said he said he touched you. I told my Grandmother that day..he raped me over and over what do you mean my antie aint finna leave him? Huh? Let me speak to her. I finally got to speak to my Aunt one day….she didn't say too much, my grandmother had really kinda cut me off. She needed me cook but that was about it. She kinda let me go after that..but it was told to me he was disfellowshipped and had to go to jail. That's what my mother told me. That's what my mother was told. I have believed that all these years. So it's time to make amends, I called the JW headquarters to just check and see if fa real fa real I owed my Aunt and grandmother a apology for my behavior to them...I said some stuff needed to be said, and my grandmother never really messed with me again but she never outright came to me and told ME thats what happened. She never spoke with me with my aunt or my mother in the same room. I never questioned why they never spoke to me cause I figured since he had to do jail time, the JW disfellowshipped him and had him locked up. Then he came forward to the police and he went to work during the day and went to jail at night at the county jail. Then he lost his leg and died. So I called them and the person who answered the phone totally disregarded anything I said to him. He asked me to repeat myself and I asked him to speak with the attorney department cause at first he tried to dismiss me with "we can't help you here". I told him, " well since he could only tell me NO please take my name the reason I was calling and have someone who could tell me yes tell me no...he told me to hold. Someone from the attorney office picked up, I explained I was calling just to verify that Elder Clarence Teague (Pedophile), an elder of a congregation in Paris TN was disfellowshipped and arrested. After I explained why I was calling he advised me to call the kingdom hall where the incident happened. I said "Incident, "? He said he could not give me any information and to call them. I called them and left them a message. Pierre Lamarouex

returned my call. I asked him If my grandmother had anything to do with my uncle being disfellowshipped and arrested? He said, "no, she didn't do anything or say nothing".

That my auntie husband told them what happened and he wasn't disfellowshipped because he repented. I asked him, "well was he arrested? Pierre said, " no". I asked why not he said because when you repent you don't get disfellowshipped because they believed he believed he repented and he didn't get arrested because at the time the law didn't require they call me or the authorities... they didn't see that a crime had been committed that warranted him getting arrested. I asked Pierre why he didn't reach out to me to ask me what had happened, he knew we lived there for years, i asked, "did you think he just touched me once, repented to what? He said, "his sins", I said, "WHAT did he repent to? Yal never thought to call my auntie and get me here since he was confessing? Did he repent to raping me? Did he repent to sodomy? Did he tell yal he had sex with me In the kingdom hall? How many times he made me have oral sex?" Pierre said, "no". I asked why they didn't call the police, he said "because Clarence turned himself In to the elders and what he told them wasn't a crime." I asked him, "why they didn't call me or get In contact with me/" He said, "because at the time when he repented they didn't have to contact me, cause he repented." I asked him well why yal didint ask me...Pierre said the law did not require It at the time and I responded that If yal woulda contacted me yal would have thrown away the keys to the jail. He woulda been gone for YEARS! He apologized and said he repented and they allowed my auntie husband to turn himself In...LIES! Cause I woulda told them he raped me...sexually assaluted me, molested me as a young girl. Pierre apologized. Hung up, I called my sister and ran stuff by her. She told me the same thing I had known was true: he went to jail. Thus; this demand Is to the Jehovah Witnesses of Paris Tn for pain and suffering and a lifelong time of PTSD and the Jehovah Witnesses of New York. They let an Elder get away with rape. I allege Elder Clarence Teague (Pedophile) confessed to Tony Garcia and Elders In 1985. Tony Garcia, an Elder and husband of my Aunts BEST friend, Charlotte. I also allege Elder Clarence Teague (Pedophile) touched Christie Patterson, Maybe Jason Garcia...I can't find Christie and Jason killed himself. Christie disappeared while we were still there. The Garcia's and the Patersons cut us off...so my Antie husband started taking me to MaKenzie.

I am alleging that Clarence Teague sexually assaulted me from 1979 -84. 85-88. And attempted to rape me 1992. I am alleging he confessed the 1st time In 1985, right after the SuperBowl and I am alleging that the Jehovah Witnesses had knowledge and chose to allow this assault to happen repeatedly due to the Jehovah Witnesses belief. In 1984, I got my first yeast infection when I came here from Paris to my grandma Isabella house on Independence and polk. I also contacted crabs 1985 (as soon as we got back) This was a rumor at school and Christie had asked me if I had them. Elder Clarence Teague asked me if my Poly was itching bad. I told him yes. I didint know what a crab was until he said he had to help me before my auntie found out, said if she found out she would sit me in boiling hot water enough to burn my skin off because she would know i had sex with someone. He combed them out. I had just started getting pubic hair. This was the first time he half penetrated me. I was 14. He waited until i was 16 to get me to have sex WITH him after the first intercourse behind the Kingdon hall, he just started taking me more and more. In the kingdom hall, out in field service.

As evidence I will submit:
1.) Contact Info for: Mother, Patrice Ammons, Pam Teague, (Wife of Elder Clarence Teague (Pedophile), Maternal kin), My Antie Mary (Paternal kin), Auntie Jackie (paternal kin) and Nicole (maternal marital kin), Uncle Stefan (Maternal kin)
2.) Medical Records Release from Psysh: I am presently on Psychotropic drugs

3.) Potential Witnesses of Jehovah Witnesses:
The Jehovah Witnesses Involved In the decision making of my being sexually assaulted (1992): Pierre Lamaroux, Russell Riddick, Phillip Manns, Brother's Abondante; Elder from the Paris Tennessee Congregation. Russell Riddick, (1985) Tony Garcia (1985), Charlotte Garcia, (1985) David Patterson (1985), wives included.

I am alleging that the Jehovah Witnesess had specific knowledge and or knew or should have known of the dangerous yearnings of Elder Clarence Teague (Pedophile), I am alleging and willing to prove that on 2 separate occasions the jehovah witnesses became aware of Improper acts and sexual assault between myself, a minor, but neglently failed to take reasonable and appropriate measures to the authorities due to Jehovah Witness Protocol.

The purpose of this DEMAND letter is to hold everyone accountable for the pain and suffering i endured due to negligence, I feel I am owed a few answers and I feel the JW are obligated to answer my questions and compensate me for all I had, have and will continue to endure due to their protocoled malicious negligence. I could have been helped years ago when he first told on himself for either me, Christie or Jason, in 1985.

I would also like to know what he repented to? Cause in 1979-80 during the "Cambridge Diet era" he groomed me.. 1980-83 he molested me. 84-88 he sexually assaulted me (we left 84 and came back 85, that was the only break I had). 1992 he tried to rape me again. I am expecting a response within the next 30 days of this letter.

Signed,

Nicol Jackson



© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nicol Jackson

**(b)** County of Residence of First Listed Plaintiff: Cook
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
-NA- Pro SE

## DEFENDANTS
Jehovah Witness

County of Residence of First Listed Defendant: Ulster County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 370 Other Fraud | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | [x] 360 Other Personal Injury | 371 Truth in Lending | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Ill. Rev. Stat. ch. 735, § 13--202, § 13—202.2(b)

Brief description of cause:
Sexually assaulted as a minor by Jehovah Witness from 1979-1988 and sexually assaulted 1992

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** $2,000,000
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: NA
DOCKET NUMBER: ___

DATE: NA

SIGNATURE OF ATTORNEY OF RECORD: NA

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____