# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**NICOL JACKSON,**  
**Plaintiff,**  
**V.**  
**Kingdom Hall Of Jehovah Witnesses, et, al.,**  
**Defendants**

Civil Action #: 3:21-cv-00720  
Judge Trauger  
Magistrate Judge Newbern

_____

## Response to Defendant Amended Venue Change Motion

**I, Nicol Jackson, am unopposed to my case being transferred to Western TN. Per the Court Order, this is my response.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed using the Court's ECF System on June 8, 2022. In addition to anticipated service to Defendants through the Court's ECF System,  I will mail a hard copy via the USPS.

Nicol Jackson,
Please accept this Signature as my electronic signature. 6/8/22 ntaj

Case 3:21-cv-00720 Document 50 Filed 06/08/22 Page 1 of 1 PageID #: 263