UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICOL JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>KINGDOM HALL OF JEHOVAH WITNESS, ET AL.,<br><br>        Defendants. | Case No. 3:21-cv-00720<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Alistair E. Newbern |

## ORDER

In response to Plaintiff Nicol Jackson's filing of an amended complaint, Defendants Watch Tower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of New York, Inc., and Paris TN Congregation of Jehovah's Witnesses have again moved to transfer this action to the United States District Court for the Western District of Tennessee pursuant to 28 U.S.C. §§ 1406(a) and 1404(a). (Doc. No. 41.) Jackson has responded that she does not oppose transfer of the case to the Western District of Tennessee. (Doc. No. 50.)

The federal change of venue statute provides that, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). It appears that all parties now consent to this case going forward in the United States District Court for the Western District of Tennessee, and the case may be transferred on that basis. *Id.* Further, having reviewed the allegations of Jackson's amended complaint (Doc. No. 40), the Court finds that the majority of the events alleged are stated to have occurred in the Western District of Tennessee. (*See* Doc. No. 39 (alleging events taking place in

Paris, Tennessee).) The Western District of Tennessee is thus a "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred" and is an appropriate venue for this action on that basis as well. 28 U.S.C. § 1391(b)(2).

Accordingly, this action is TRANSFERRED to the United States District Court for the Western District of Tennessee pursuant to 28 U.S.C. § 1404(a).

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge