IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Jackson DIVISION

NICOL JACKSON,  
Plaintiff,  
V.  
Kingdom Hall Of Jehovah Witnesses, et, al.,  
Defendants

Civil Action #: 22-1133  
Presiding Judge: Chief Judge Anderson  
Magistrate Judge York

RECEIVED JUL 05 2022 Thomas M. Gould, Clerk U.S. District Court W.D. OF TN, Jackson

## Motion to be heard on Request to Utilize Court Appointed Pro-Se Counsel, Court Electronic Filing System, and Amended Jury by demand submitted through Western TN Civil Court.

At the mercy of the court I ask that I, Nicol Jackson be able to utilize or be Court Appointed for Pro-Se Counsel. I have a very strong case and with some legal advice I will be able to proceed as the defendants with counsel. Right now, I opened my case without counsel because I knew I had that right and all the information given to me and to witnesses was not true at all. Without some sort of help and layman term understanding I will not win because I need help with the laws, deadlines and understanding of what is being submitted by the defendants. If I might add, I respond to Paralegals, Admins, and full fledged Attorneys. I need to understand and I really can not understand without legal advice. If the court would allow me some use of counsel in any capacity that would be most helpful and fair.

I am asking the Court to allow me use of the Courts Electronic Filing System for Western Tennessee Civil Court. USPS isn't so dependable in Chicago, Illinois where I live. I say this because while I knew all of the correspondence was being mailed from the defendants, I never received it all. I do, however; receive each email and or CMEF notification. I am able to use my prior sign in. I ask for permission to use the CMEF System because I feel that mail dropped in the USPS mailboxes isnt going out everyday either. Please allow me to submit any court needed correspondence via the CMEF System.

I would like to be heard on the Interrogatories I submitted to the defendants. I need court appointed counsel to advise me on how many questions I can submit, from prior correspondence from the defendants. I think I submitted too many questions, not for sure it was dismissed without prejudice until we were heard on the Transfer to Western TN or just transferred to be heard through this court.

I demanded a Trial by Jury, checked the boxes for this demand initially on 9/21/2021. I submitted a Court Ordered Amended Complaint which included a jury demand.

CERTIFICATE OF SERVICE
*I hereby certify that the foregoing was sent via email and USPS, July 1, 2022. In addition to anticipated service through The USPS I will send a copy of this submission via email to the Kingdom Hall Of Jehovah Witnesses, et, al., Defendants.*

*Nicol Jackson, Please accept this Signature as my electronic signature.*

*Until I am heard on the Motion to use the CEMF System in Western TN, I will mail copies via the USPS mail service and email to the Defendants. I will send correspondence to the Clerk Of the Circuit Court in Western Tennessee via USPS Certified mail.*