IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

NICOL JACKSON, ) Plaintiff, ) VS
KINGDOM HALL OF JEHOVAH WITNESS, *et al.*,
Civil Action # 22-1133
Presiding Judge: Chief Judge Anderson
Magistrate Judge York

_____A

## Amended -MOTION to Jury Trial in Western Tennessee

**Under Rule 38 & 38.02; Jury Trial of Right & Demand
Under Rule 7.01 by written Demand and Filed in Middle TN, I ask the
Western TN. Court to honor my Motion for Trial by Jury or Judge.** August 5,2021 - sent demand To the JW of Paris, TN., (Intended -WTB and TS of NY inc.()NY), and WTB and TS of NY (PA).
September 5th, 2021 - no response to Personal Injury Demand September 21, 2021. - My initial complaint was received by the Clerk of the Circuit Court with a Jury Demand
September 22, 2021 to Present - no response to Jury Demand
April 11, 2022, Amended Complaint, submitted
April 11, 2022, Amended demand, Submitted
April 11, 2022, Amended complaint for civil case alleging neglect - Jury Demand - no response to Jury Demand
I would like to demand a trial by jury or a bench trial.

### CERTIFICATE OF SERVICE
I hereby certify that the foregoing was sent via email and USPS, July 1, 2022. In addition to anticipated service through The USPS I will send a copy of this submission via email to the Kingdom Hall Of Jehovah Witnesses, et, al., Defendants.

Nicol Jackson, Please accept this Signature as my electronic signature.
Until I am heard on the Motion to use the CEMF System in Western TN, I will mail copies via the USPS mail service to the Defendants and to the Clerk Of the Circuit Court in Western Tennessee. ntaj