# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Michael Cottone |
| **To:** | "Nicol Jackson" |
| **Cc:** | Robb Harvey |
| **Subject:** | RE: Question - Re: 2 affidavits or notarized letters |
| **Date:** | Friday, June 3, 2022 9:36:36 AM |

Ms. Jackson,

Hernan Steele and Robert Ciranko both currently reside in New York. We have also confirmed that neither of them has ever lived in Tennessee.

All the best,

**Michael Cottone**
Associate
o: (615) 850-8994 | c: (615) 598-4495

LinkedIn | vCard | Bio

**From:** Nicol Jackson <msnicoltjackson@gmail.com>
**Sent:** Friday, May 27, 2022 5:49 PM
**To:** Michael Cottone <Michael.Cottone@wallerlaw.com>; Shelli Dimarco <Shelli.Dimarco@wallerlaw.com>
**Subject:** Question - Re: 2 affidavits or notarized letters

**External Message**

Hello, Can you let me know where: which city and state the 2 people who submitted the letters reside now?
Can you also let me know where they resided in 79-92?
Can you answer that for me?
Thank you,

Nicol Jackson