**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

NICOL JACKSON,

      Plaintiff,

v.                                             No. 1:22-cv-01133-STA-jay

KINGDOM HALL OF JEHOVAH
WITNESS, et al.,

      Defendants.

---

**ORDER EXTENDING DEADLINE TO RESPOND**

---

This case transferred to the Western District on September 15th, 2021. Docket Entry "D.E." 1. After a series of motions and other filings, the Court entered an Order on December 1st, 2022. D.E. 66. In that Order, the Court gave Plaintiff until January 15th, 2023 to respond to Defendants' Motion to Dismiss. D.E. 66 at 3.

However, it appears due to a technological error, none of the Court's orders or other filings have been received by Plaintiff since June 16th, 2022. Therefore, the Court will extend the previously issued deadline. Plaintiff has until February 1st, 2023 to file a response to Defendants' Motion to Dismiss. Should Defendant's determine a Reply is necessary, that Reply should be filed no later than February 10th, 2023.

IT IS SO ORDERED this the 9th day of January, 2023.

                                      **s/Jon A. York**
                                      UNITED STATES MAGISTRATE JUDGE